No. _____

## CR-08 00582 JF

RS

# UNITED STATES DISTRICT COURT

E-FILING

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

---

### THE UNITED STATES OF AMERICA

**FILED**

*vs.*

AUG 2 7 2008

### HERMAN HERNANDEZ-CRISTINO

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

## INDICTMENT

**COUNT ONE**: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

---

*A true bill.*

_____
**Foreperson**

---



*Filed in open court this* __27__ *day of* __August__

**A.D. 2008**

_____
**UNITED STATES MAGISTRATE JUDGE**

---

**Bail. $** ___No process___

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3

4

5

6

7

8

9

10

11

**FILED**

AUG 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-FILING

JF

RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,          **CR - 08  00582**

13       Plaintiff,                    )

14       v.                            )   VIOLATION: 8 U.S.C. § 1326 –
                                        )   Illegal Re-Entry Following Deportation
15  HERMAN HERNANDEZ-CRISTINO,         )

16                                      )

17       Defendant.                    )   SAN JOSE VENUE
    _____)

18

19                      I N D I C T M E N T

20  The Grand Jury charges:

         On or about April 23, 2008 the defendant
21

22                  HERMAN HERNANDEZ-CRISTINO,

23  an alien, previously having been arrested and deported from the United States on or about

24  March 31, 2000 and March 3, 2004, was found in the Northern District of California, the Attorney

25  General of the United States and the Secretary for Homeland Security not having expressly

    //
26
    //
27
    //
28

INDICTMENT

1   consented to a re-application by the defendant for admission into the United States, in violation

2   of Title 8, United States Code, Section 1326.

3

4

5   DATED:   8/27/08                                   A TRUE BILL.

6

7

8                                                      FOREPERSON

9   JOSEPH P. RUSSONIELLO
    United States Attorney

10

11

12  DAVID R. CALLAWAY
    Deputy Chief, San Jose Branch Office

13

14

15  (Approved as to form: _____)
                          AUSA JEFFREY B. SCHENK

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

AUG 2 7 2008

### OFFENSE CHARGED

COUNT ONE: 8 U.S.C. § 1326 - Illegal
Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

E-FILING

PENALTY:

20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

**DEFENDANT - U.S.**

▶ HERMAN HERNANDEZ-CRISTINO

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

**CR - 08  00582**  RS   JF

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

08-70540 - PVT

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   JEFFREY B. SCHENK

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments: _____